CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 18 2007

JOHN F. CORCORAN, CLERK
BY:
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CALVIN E. BUCHANAN, | ) |
| Petitioner, | ) Civil Action No. 7:07CV00206 |
| v. | ) **FINAL ORDER** |
| UNITED STATES OF AMERICA, | ) By: Samuel G. Wilson |
| | ) United States District Judge |
| Respondent. | ) |

In accordance with the memorandum opinion entered this day, it is **ORDERED** and **ADJUDGED** that the above-captioned suit is **DISMISSED** without prejudice. This action is **STRICKEN** from the active docket of the court.

Buchanan is advised that he may appeal this decision pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure by filing a notice of appeal with this court within 60 days of the date of entry of this order, or within such extended period as the court may grant pursuant to Rule 4(a)(5).

The clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel for the respondent.

**ENTER**: This 18th day of December, 2007.

_____
UNITED STATES DISTRICT JUDGE